IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.:5:12-CV-463-FL

WELLS FARGO ADVISORS, LLC, formerly )
known as WACHOVIA SECURITIES, LLC, )
       Plaintiff, )
v. )
ALVARO G. CASELLA, )
       Defendant. )

## ORDER GRANTING PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD

This matter is before the Court on the Plaintiff's Motion to Confirm Arbitration Award. Having considered the submissions of the parties, the Plaintiff's Motion to Confirm Arbitration Award is hereby GRANTED. Under the terms of the Arbitration Award, Plaintiff is entitled to recover $601,835.46 in compensatory damages; plus $25,590.37 in pre-judgment interest from February 17, 2012 to August 29, 2012; and $47,681.81 in attorneys' fees, witness fees, expenses and costs, for a total judgment of $675,107.64. *See* February 17, 2012 Arbitration Award, attached to Affidavit of David Sensenig as Exhibit A [DE-4-1].

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court requests that the Clerk enter judgment in favor of Plaintiff in the amount of $675,107.64.

This  29  day of August, 2012.

                                                      Louise W. Flanagan, US District Judge