UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| WELLS FARGO ADVISORS, LLC<br>formerly known as<br>Wachovia Securities, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JUDGMENT**<br><br>No. 5:12-CV-463-FL |
| ALVARO G. CASELLA, | ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion to confirm arbitration award.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 29, 2012, that plaintiff's motion to confirm arbitration award is granted. Judgment is hereby entered against defendant Alvaro G. Casella, and under the terms of the Arbitration Award, plaintiff is entitled to recover $601,835.46 in compensatory damages; plus $25,590.37 in pre-judgment interest from February 17, 2012 to August 29, 2012; and, $47,681.81 in attorneys' fees, witness fees, expenses and costs, for a total judgment of $675,107.64.

**This Judgment Filed and Entered on August 29, 2012, and Copies To:**

Jamie S. Schwedler (via CM/ECF Notice of Electronic Filing)
Charles E. Raynal, IV (via CM/ECF Notice of Electronic Filing)
Alvaro G. Casella (via U.S. Mail) 9105 Fawn Hill Court, Raleigh, NC 27617

August 29, 2012                    JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk